*United States Bankruptcy Court*
*District of New Hampshire*

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
In Re:  Michael F. Grenier                       *   Case No.: 04-12488-MWV
        Delia A. Grenier                         *   Chapter 7
                    Debtor(s)                    *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
        Edmond J. Ford, Trustee                  *   Adv. No.: 04-1243-MWV
                    v.                           *   Hearing Date: 12/21/2004
        Delia A. Grenier  &                      *   Hearing Time: 1:00 p.m.
        Charles H. Cleveland, Trustee of         *
        Carl Cleveland Family Trust of 1995      *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**CERTIFICATE OF SERVICE**

I, Raymond J. DiLucci, of Raymond J. DiLucci, P.A., 81 South State Street, Concord, New Hampshire 03301 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 15th day of December, 2004, I served a copy of the Debtor's Answer by first class mail, postage prepaid upon:

| | |
|---|---|
| Charles H. Cleveland, Trustee | Peter V. Millham, Esq. |
| The Carl E. Cleveland 1995 Family Trust | Wescott, Millham & Dyer, LLP |
| 35 Blueberry Lane | PO Box 1700 |
| Gilmanton Iron Works, NH  03837 | Laconia, NH  03247-1700 |

That I further certify that on the 15th day of December, 2004, I served a copy of Debtor's Answer by Electronic Mail, upon:

Marc W. McDonald, Attorney for Trustee, at mmcdonald@fordandweaver.com

Edmond J. Ford, Esq., Chapter 7 Trustee at calendar@fordandweaver.com, NH06@ecfcbis.com

Geraldine Karonis, US Asst. Trustee, at USTPRegion01.MR.ECF@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  December 15, 2004                              /s/ Raymond J. DiLucci, Esq.
                                                       Raymond J. DiLucci, Esq.

(certsvc.answer)